515 A.2d 301

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Charles R. HORST, Sr., Appellee.**

Supreme Court of Pennsylvania.

Argued June 3, 1986.

Decided Sept. 25, 1986.

John E. Feather, Jr., Dist. Atty., for appellant.

John C. Tylwalk, Public Defender, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER OF COURT

PER CURIAM.

Appeal dismissed as having been improvidently granted.

HUTCHINSON, J., filed a dissenting opinion in which LARSEN, J., joined.

HUTCHINSON, Justice, dissenting.

I would reverse the order of Superior Court for the reasons contained in Judge Roberts' dissenting opinion in *Commonwealth v. Charles R. Horst, Sr.*, 332 Pa.Superior Ct. 401, 481 A.2d 677 (1984) (Roberts, J. dissenting).

LARSEN, J., joins in this dissenting opinion.